IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01080-RBJ-BNB

KENNETH MCGILL and
JENNIFER MCCRACKEN,

    Plaintiffs,

v.

CORRECTIONAL HEALTHCARE COMPANIES, INC d/b/a "Correctional Healthcare Management, Inc.";
CORRECTIONAL HEATHCARE PHYSICIANS, P.C.;
CHC COMPANIES, INC.;
BOARD OF COUNTY COMMISSIONERS FOR JEFFERSON COUNTY, COLORADO;
TED MINK, in his official capacity as Jefferson County Sheriff only;
GINA BATTENHOUSE, individually;

    Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

    This matter has been scheduled for a **ten (10) day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **December 1, 2014 at 9:00 a.m.**

    A Trial Preparation Conference is set for **November 6, 2014 at 1:00 p.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at

www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards.aspx .

DATED this 29th day of August, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge