IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01080-RBJ-BNB

KENNETH MCGILL;

    Plaintiff,

v.

CORRECTIONAL HEALTHCARE COMPANIES, INC.
d/b/a "CORRECTIONAL HEALTHCARE MANAGEMENT, INC.";
CHC COMPANIES, INC.;
TED MINK, in his official capacity as Jefferson County Sheriff only;
GINA BATTENHOUSE, individually;

    Defendants.

## VERDICT FORM

We, the jury in the above-captioned action, render our verdict in response to the following questions:

**Question 1**: Did Plaintiff prove, by a preponderance of the evidence, his claim of deliberate indifference to his serious medical needs against Nurse Battenhouse, the elements of which are set forth in Instruction No. 10?

    ✓ YES      ___ NO

If your answer to this question is "YES", then you should proceed to answer Question 2 with regard to the liability of CHC under the Eighth Amendment. If your answer to this question is "NO," proceed to Question 3.

**Question 2**: Did Plaintiff prove, by a preponderance of the evidence, his claim that CHC maintained an unconstitutional policy or custom by proving:

A policy or informal custom, the elements of which are set forth in Instruction No. 13?

    ✓ YES      ___ NO

Inadequate training, the elements of which are set forth in Instruction No. 14?

    ✓ YES      ___ NO

**Question 3**: Did Plaintiff prove, by a preponderance of the evidence, his claim of negligence against CHC, the elements of which are set forth in Instruction No. 15?

    ✓ YES      ___ NO

**If you have answered "NO" with respect to Questions 1 and 3, then you have a found a verdict in favor of Defendants and you should not answer Questions 4 - 9. Instead, proceed to sign the appropriate certification section of this verdict form.**

**If, on the other hand, you have answered "YES" with respect to Question 1, 2, or 3 then proceed to answer the questions in the Damages section.**

2

## DAMAGES

**Question 4**: What is the total amount of injuries and/or damages that the plaintiff has had to the present, if any, in each of the following categories?

  a. Medical and other health care expenses: $ 120,481.96

  b. Lost earnings (including lost earnings capacity):

  $ 178,600

  c. Physical injury and impairment, suffering, inconvenience, and discomfort that he has suffered: $ 15,200

  d. Non economic losses, including emotional distress, mental anguish, and impairment of his quality of life:

  $ 30,400

**Question 5:** Future damages: What is the present value of the total amount of injuries and/or damages, if any, that the plaintiff will probably have in the future in each of the following categories? If you determine that the plaintiff will probably have future injuries and/or damages, you must also indicate the period of time that plaintiff will probably have those future injuries and/or damages.

  a. Medical and other health care expenses: $ 286,200
  Duration of injuries and/or damages: From 12/15/14 To 2046

  b. Lost earnings (and lost earning capacity): $ 1,238,600
  Duration of injuries and/or damages: From 12/15/14 To ~~2046~~ 2032

  c. Future life care costs: $ 531,300
  Duration of injuries and/or damages: From 12/15/14 To 2046

3

d. Physical injury and impairment, including future life care costs, pain and suffering, inconvenience, and discomfort:

$ 166,400

Duration of injuries and/or damages: From 12/15/14 To 2046

e. Non economic losses, including emotional distress, mental anguish, and impairment of his quality of life:

$ 332,800

Duration of injuries and/or damages: From 12/15/14 To 2046

**Answer Question 6 only if you have answered "YES" in response to Question 1.**

<u>Question 6</u>: Does the jury find that Nurse Battenhouse, in accordance with Instruction No. 25, acted with an evil motive or intent, or reckless or callous indifference to the constitutionally protected rights of Plaintiff?

  ✓  YES          ___ NO

**Answer Question 7 only if you have answered "YES" in response to Question 6.**

<u>Question 7</u>: What amount, if any, does the jury award as punitive damages against Nurse Battenhouse?

$ 854,994.58

**Answer Question 8 only if you answered "Yes" in regard to Question 2 or 3.**

<u>Question 8</u>: Does the jury find, after applying the appropriate standard as set forth in Instruction No 25, that Plaintiff is entitled to punitive damages against CHC?

In respect to Plaintiff's Eighth Amendment Claim   ✓  YES          ___ NO

In respect to Plaintiff's state law Negligence Claim   ✓  YES          ___ NO

**Answer Question 9 only if you have answered Question 8 "YES."**

**Question 9**: What amount, if any, does the jury award as punitive damages against CHC?

$ 7,694,951.30

Juror names redacted

5