IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:13-cv-01080-RBJ-BNB

KENNETH MCGILL

                                                                                 Plaintiff,

v.

CORRECTIONAL HEALTHCARE COMPANIES, INC. d/b/a
"CORRECTIONAL HEALTHCARE MANAGEMENT, INC.",

CHC COMPANIES, INC.,

TED MINK, in his official capacity as Jefferson County Sheriff only,

GINA BATTENHOUSE, individually,                     Defendants.

---

## **CORRECTED** NOTICE OF SETTLEMENT OF CASE

---

The parties, through counsel listed below, notify the court that they have settled all claims between them following the jury verdict. The parties respectfully request that this Court refrain from entering judgment on the jury's verdict, and that it dismiss this case with prejudice. A stipulation to dismiss will be filed after January 5th.

Dated this 22nd day of December, 2014.

                                                  Respectfully submitted,

**Tiemeier & Stich, P.C.**

/s/ C. Gregory Tiemeier
C. Gregory Tiemeier
Daniel Mauk
1000 East 16th Avenue
Denver, CO  80218
*Attorneys for Defendants:*
*Correctional Healthcare Companies, Inc.,*
*Correctional Healthcare Physicians, P.C.,*
*CHC Companies, Inc., and*
*Gina Battenhouse*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2014, I served the NOTICE OF SETTLEMENT To the following via electronic mail:

Anna Holland Edwards, Esq.
Erica Grossman, Esq.
John Robert Holland, Esq.
Holland, Holland Edwards & Grossman, PC
1437 High Street
Denver, CO  80218
303-860-1331 telephone
303-832-6506 facsimile
anna@hheglaw.com
erica@hheglaw.com
john@hheglaw.com

*Attorneys for the Plaintiffs*


Rebecca Klymkowsky, Assistant County Attorney
Writer Mott, Assistant County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, CO  80419
rklymkow@co.jefferson.co.us
wmott@co.jefferson.co.us

*Attorneys for Board of County Commissioners for Jefferson County Colorado Ted Mink*

                                        s/ Raeanne Johnson
                                        Raeanne Johnson