IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01080-RBJ-BNB

KENNETH MCGILL,

    Plaintiff,

v.

CORRECTIONAL HEALTHCARE COMPANIES, INC
d/b/a "Correctional Healthcare Management, Inc.";
CHC COMPANIES, INC.;
TED MINK, in his official capacity as Jefferson County Sheriff only;
GINA BATTENHOUSE, individually;

    Defendants.

---

## ORDER RE: STIPULATED DISMISSAL OF CASE

---

The Court, having considered the parties' Stipulated Motion to Dismiss All Claims with Prejudice [ECF No. 191], hereby Grants the Motion. All claims between the parties are dismissed with prejudice. Each party to pay their own fees and costs.

DATED this 7th day of January, 2015.

                                        BY THE COURT:

                                        _____
                                        R. Brooke Jackson
                                        United States District Judge